

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joel B. Weinrich<br><br>**Plaintiff,**<br>V.<br><br>U.S. Military/C.I.A/U.S Congress, Sarah Palin, Duncan Hunter, Nausier/Lead of Egypt, Hunt/Former C.I.A. Director<br>**Defendant.** | Civil Action No.  13cv0204 AJB (WMC)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

    The Court denies without prejudice Plaintiff's motion to proceed in forma pauperis; the Court dismisses the Complaint without prejudice for failure to state a claim; Plaintiff's motion to appoint counsel is denied without prejudice.

**Date:**   4/5/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/ C. Ecija
                              C. Ecija, Deputy